UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re: §
§
OBORN, JOHN BRADFORD § Case No. 11-08794
OBORN, SHARON LEIGH §
§
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roy Safanda, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        US Courthouse
        Bankruptcy Clerk
        Assignment Desk, Rm 710
        219 S. Dearborn St.
        Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 06/14/2012 in Courtroom 250,

        US Courthouse
        100 S. 3rd St.
        Geneva, IL  60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/10/2012          By: _____


*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
OBORN, JOHN BRADFORD § Case No. 11-08794
OBORN, SHARON LEIGH §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 22,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 22,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Roy Safanda | $ 2,808.50 | $ 0.00 | $ 2,808.50 |
| Trustee Expenses: Roy Safanda | $ 49.00 | $ 0.00 | $ 49.00 |
| Attorney for Trustee Fees: Roy Safanda, Trustee's Attorney | $ 1,443.75 | $ 0.00 | $ 1,443.75 |

Total to be paid for chapter 7 administrative expenses    $    4,301.25
Remaining Balance    $    17,698.75

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,256.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 11,710.49 | $ 0.00 | $ 11,710.49 |
| 000002 | Asset Acceptance, LLC Assignee Wells Fargo Bank PO Box 2036 Warren, MI 48090 | $ 4,318.83 | $ 0.00 | $ 4,318.83 |
| 000003 | Fox Valley Mdical Associates American Colleciotn Corp 919 Estes Ct Schaumburg, IL 60193 | $ 227.00 | $ 0.00 | $ 227.00 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 16,256.32 |
| Remaining Balance | $ | 1,442.43 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 27.45 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 1,414.98 .

Prepared By: /s/ Roy Safanda
Trustee

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                    Case No. 11-08794-MB
John Bradford Oborn                                                       Chapter 7
Sharon Leigh Oborn
         Debtors                          CERTIFICATE OF NOTICE
District/off: 0752-1          User: bchavez              Page 1 of 3              Date Rcvd: May 11, 2012
                              Form ID: pdf006            Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2012.
db/jdb        +John Bradford Oborn,    Sharon Leigh Oborn,    1265 Andover Cr,    Aurora, IL 60504-5982
16905832      +American Collections,    919 Estes Ct,    Schaumburg, IL 60193-4436
16905833      +American Express Centurian Bank,    c/o Blitt and Gaines,    661 Glenn Ave,
                Wheeling, IL 60090-6017
18078405       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16905834      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
16905836     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,     Po Box 85520,    Richmond, VA 23285)
16905848     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Webbank/Dfs,     1 Dell Way,    Round Rock, TX 78682)
16905837      +Dreyer Medical,    1870 West Galena Blvd,    Aurora, IL 60506-4387
16905838      +FIrstSource Financial Solutions Inc,    7650 Magna Dr,    Belleville, IL 62223-3366
16905839      +Ford Cred,    Po Box Box 542000,    Omaha, NE 68154-8000
18100463      +Fox Valley Mdical Associates,    American Colleciotn Corp,    919 Estes Ct,
                Schaumburg, IL 60193-4436
16905840      +Gmac Mortgage,    Po Box 4622,    Waterloo, IA 50704-4622
16905841       Greg’s My Mechanic,    1300 E New York st,    Aurora, IL 60505
16905842      +Household Finance III,    c/o Louis Freidman, esq.,    1807 W Diehl Rd #333,
                Naperville, IL 60563-1890
18008461     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
               (address filed with court: Illinois Dept of Revenue,     Bankruptcy Section Level 7-425,
                100 W Randolph St,    Chicago, IL 60606)
16905844      +Main St Acqui (FNB of Omaha),    c.o The Shindler Law Frim,    1990 E Algonquin Rd,
                Schaumburg, IL 60173-4164
16905845      +Main Street Acquisiton,    2877 Paradise Rd Unit 30,    Las Vegas, NV 89109-5236
16905846      +Rush Copley Med Center,    2000 Ogden Ave,    Aurora, IL 60504-5893
16905847      +Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16905835      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 11 2012 23:46:15      Asset Acceptance Llc,
                Po Box 2036,    Warren, MI 48090-2036
18096687      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 11 2012 23:46:15      Asset Acceptance, LLC,
                Assignee  Wells Fargo Bank,    PO Box 2036,    Warren, MI 48090-2036
18008462       E-mail/Text: cio.bncmail@irs.gov May 11 2012 23:42:13      Internal Revenue Service,
                P O Box 7346,    Philadelphia, PA 19101-7346
16905843      +E-mail/Text: resurgentbknotifications@resurgent.com May 11 2012 23:44:39      Lvnv Funding Llc,
                Po Box 740281,    Houston, TX 77274-0281
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16905849     ##+Wells Fargo Bank,    Po Box 5445,    Portland, OR 97228-5445
                                                                                TOTALS: 0, * 0, ## 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: bchavez              Page 2 of 3              Date Rcvd: May 11, 2012
                              Form ID: pdf006            Total Noticed: 23

               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 13, 2012**            **Signature:**   _Joseph Speetjens_

Certificate of Notice   Page 7 of 7

```
District/off: 0752-1          User: bchavez              Page 3 of 3              Date Rcvd: May 11, 2012
                              Form ID: pdf006            Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2012 at the address(es) listed below:
          Carl F Safanda    on behalf of Trustee Roy Safanda csafanda@xnet.com
          Gary L Shilts    on behalf of Debtor John Oborn gshilts@earthlink.net
          Michael L Sherman    on behalf of Creditor  Ford Motor Credit Company LLC shermlaw1@aol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Roy  Safanda    rsafanda@xnet.com, rsafanda@ecf.epiqsystems.com
          TOTAL: 5