UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
OBORN, JOHN BRADFORD § Case No. 11-08794
OBORN, SHARON LEIGH §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Roy Safanda, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on           . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/Roy Safanda_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JOHN BRADFORD OBORN | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ford Cred Po Box Box 542000 Omaha, NE 68154 | | | | | |
| | Ford Cred Po Box Box 542000 Omaha, NE 68154 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gmac Mortgage Po Box 4622 Waterloo, IA 50704 | | | | | |
| | Greg's My Mechanic 1300 E New York st Aurora, IL 60505 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROY SAFANDA | | | | | |
| ROY SAFANDA | | | | | |
| ROY SAFANDA, TRUSTEE'S ATTORNEY | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Dreyer Medical 1870 West Galena Blvd Aurora, IL 60506 | | | | | |
| | FIrstSource Financial Solutions Inc 7650 Magna Dr Belleville, IL 62223 | | | | | |
| | Household Finance III c/o Louis Freidman, esq. 1807 W Diehl Rd #333 Naperville, IL 60566 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | | | | |
| | Main St Acqui (FNB of Omaha) c.o The Shindler Law Frim 1990 E Algonquin Rd Schaumburg, IL 60173 | | | | | |
| | Main Street Acquisiton 2877 Paradise Rd Unit 30 Las Vegas, NV 89109 | | | | | |
| | Rush Copley Med Center 2000 Ogden Ave Aurora, IL 60504 | | | | | |
| | Sears/Cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Webbank/Dfs 1 Dell Way Round Rock, TX 78682 | | | | | |
| | Wells Fargo Bank Po Box 5445 Portland, OR 97228 | | | | | |
| 000001 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000002 | ASSET ACCEPTANCE, LLC | | | | | |
| 000003 | FOX VALLEY MDICAL ASSOCIATES | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 11-08794 MB Judge: Manuel Barbosa | | Trustee Name: | | Roy Safanda |
| Case Name: | OBORN, JOHN BRADFORD | | Date Filed (f) or Converted (c): | | 03/03/11 (f) |
| | OBORN, SHARON LEIGH | | 341(a) Meeting Date: | | 04/18/11 |
| For Period Ending: | 10/02/12 | | Claims Bar Date: | | 01/17/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1265 Andover Cr Aurora IL 60504 &lt;145k app in '0 | 145,000.00 | 0.00 | | 0.00 | FA |
| 2. cash on hand | 100.00 | 0.00 | | 0.00 | FA |
| 3. Chase Bank | 100.00 | 0.00 | | 0.00 | FA |
| 4. Oxford Bank | 10.00 | 0.00 | | 0.00 | FA |
| 5. Misc household good | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. nec wearing apparel | 400.00 | 0.00 | | 0.00 | FA |
| 7. 401(k) at former emp | 300.00 | 0.00 | | 0.00 | FA |
| 8. 2011 for 2010 fed and state 1040 | 400.00 | 0.00 | | 0.00 | FA |
| 9. 2006 Ford Mustang | 9,000.00 | 6,600.00 | | 0.00 | FA |
| 10. 2007 Ford F 150 | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 11. 1984 Chev PU Not running | 300.00 | 0.00 | | 0.00 | FA |
| 12. 1996 Hundai accent | 300.00 | 0.00 | | 0.00 | FA |
| 13. Possible Inheritance (u) | 0.00 | Unknown | | 22,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $165,410.00 | $14,600.00 | | $22,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/01/12    Current Projected Date of Final Report (TFR): 06/01/12

LFORM1    Ver: 17.00
**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-08794 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | OBORN, JOHN BRADFORD | Bank Name: | Capital One |
| | OBORN, SHARON LEIGH | Account Number / CD #: | *******7595  Checking Account |
| Taxpayer ID No: | *******7542 | | |
| For Period Ending: | 10/02/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/06/12 | 13 | Robert Wesley Oborn Estate<br>Lynn O Ludwig<br>910 Shaurette St.<br>Stevnes Point, WI 54481 | Unscheduled Decedent's Estate | 1290-000 | 22,000.00 | | 22,000.00 |
| 06/15/12 | 001001 | Roy Safanda<br>111 East Side Drive<br>Geneva, IL 60134 | Chapter 7 Compensation/Expense | | | 2,854.45 | 19,145.55 |
| | | | Fees           2,805.45 | 2100-000 | | | |
| | | | Expenses          49.00 | 2200-000 | | | |
| 06/15/12 | 001002 | Roy Safanda, Trustee's Attorney<br>Safanda Law Firm<br>111 East Side Dr.<br>Geneva, IL 60134 | Claim 000004, Payment 100.00000%<br>Trustee's Attorney Fees | 3110-000 | | 1,443.75 | 17,701.80 |
| 06/15/12 | 001003 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000001, Payment 100.00000% | 7100-000 | | 11,710.49 | 5,991.31 |
| 06/15/12 | 001004 | Asset Acceptance, LLC<br>Assignee Wells Fargo Bank<br>PO Box 2036<br>Warren, MI 48090 | Claim 000002, Payment 100.00000% | 7100-000 | | 4,318.83 | 1,672.48 |
| 06/15/12 | 001005 | Fox Valley Mdical Associates<br>American Colleciotn Corp<br>919 Estes Ct<br>Schaumburg, IL 60193 | Claim 000003, Payment 100.00000% | 7100-000 | | 227.00 | 1,445.48 |
| 06/15/12 | 001006 | JOHN BRADFORD OBORN<br>SHARON LEIGH OBORN<br>1265 ANDOVER CR<br>AURORA, IL 60504 | Surplus Funds | 8200-002 | | 1,445.48 | 0.00 |

Page Subtotals     22,000.00     22,000.00

Ver: 17.00

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 9)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-08794 -MB | | Trustee Name: | Roy Safanda |
| --- | --- | --- | --- | --- |
| Case Name: | OBORN, JOHN BRADFORD | | Bank Name: | Capital One |
| | OBORN, SHARON LEIGH | | Account Number / CD #: | *******7595 Checking Account |
| Taxpayer ID No: | *******7542 | | | |
| For Period Ending: | 10/02/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 08/10/12 | | Roy Safanda | Correction For Overpymt of Surplus<br>Interest not paid creditors; deposit from Trustee to correct this. | 7100-003 | 30.50 | | 30.50 |
| * 08/10/12 | | Roy Safanda | Correction For Overpymt of Surplus<br>Incorrect amount | 7100-003 | -30.50 | | 0.00 |
| 08/10/12 | | Roy Safanda | Correction For Overpymt of Surplus<br>Interest not paid creditors; deposit from Trustee to correct this. | 1290-000 | 27.45 | | 27.45 |
| 08/10/12 | 001007 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000001, Payment 0.16891% | 7100-000 | | 19.78 | 7.67 |
| 08/10/12 | 001008 | Asset Acceptance, LLC<br>Assignee Wells Fargo Bank<br>PO Box 2036<br>Warren, MI 48090 | Claim 000002, Payment 0.16880% | 7100-000 | | 7.29 | 0.38 |
| 08/10/12 | 001009 | Fox Valley Mdical Associates<br>American Colleciotn Corp<br>919 Estes Ct<br>Schaumburg, IL 60193 | Claim 000003, Payment 0.16740% | 7100-000 | | 0.38 | 0.00 |

Page Subtotals      27.45      27.45

Ver: 17.00

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-08794 -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | OBORN, JOHN BRADFORD | | Bank Name: | Capital One |
| | OBORN, SHARON LEIGH | | Account Number / CD #: | *******7595 Checking Account |
| Taxpayer ID No: | *******7542 | | | |
| For Period Ending: | 10/02/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 22,027.45 | 22,027.45 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 22,027.45 | 22,027.45 | |
| | | | Less: Payments to Debtors | | | 1,445.48 | |
| | | | Net | | 22,027.45 | 20,581.97 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | Checking Account - *******7595 | | 22,027.45 | 20,581.97 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 22,027.45 | 20,581.97 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 17.00

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*